**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | COFC No. 02-98 C<br>(Judge Allegra) |

**MOTION FOR EXTENSION OF TIME**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this motion for enlargement of time with respect to the factual discovery deadline pursuant to Rule 6 of the Rules of the United States Court of Federal Claims. Plaintiff respectfully requests the Court to grant an enlargement of time of 42 days and extend the deadline for factual discovery from January 19, 2004 to March 1, 2004. This is the first request by either party to extend any discovery deadline.

Although the parties have engaged in written discovery, Plaintiff seeks to depose witnesses identified by Defendant the United States ("Defendant") as potentially possessing knowledge with the facts of this case. New counsel for Defendant recently has entered an appearance to replace Defendant's original counsel, and requires additional time to familiarize himself with the issues in the case and coordinate the taking of depositions. In addition, counsel for Defendant has stated that he will be unavailable during the month of January and will be unable to facilitate the depositions.

Counsel for Plaintiff has discussed the proposed enlargement with counsel for Defendant, who has indicated his agreement with the request.

Respectfully submitted,

**WILLIAMS MULLEN**

By: _________/s/________________

Thomas O. Mason, Esq.
Francis E. Purcell, Jr. Esq.
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Attorneys for Plaintiff

Dated: December 24, 2003

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 24th day of December, 2003, I caused to be served the foregoing Plaintiff's Motion for Enlargement of Time by United States mail, first class postage pre-paid upon:

John S. Groat, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

________/s/____________________
Francis E. Purcell, Jr.

I:\WMCDLIB\FPURCELL\0992513.01