IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff") and Defendant the United States ("Defendant"), by and through undersigned counsel, submit this motion for enlargement of time with respect to the factual discovery deadline pursuant to Rule 6 of the Rules of the United States Court of Federal Claims. The parties respectfully request the Court to grant an enlargement of time of 63 days and extend the deadline for factual discovery from March 1, 2004 to May 3, 2004. This is the second request by either party to extend any discovery deadline.

As stated in Plaintiff's prior motion for extension of time, Plaintiff has sought to complete discovery through the review of relevant documents in Defendant's possession and the deposition of witnesses identified by Defendant. Defendant has been unable to coordinate production of documents requested by Plaintiff and has proposed dates to make such documents available for review after the current close of discovery. In addition, counsel for Defendant has

stated that he will be unavailable during the month of March and will be unable to facilitate the depositions.

Counsel for Plaintiff and Defendant have conferred on this matter and are in agreement on the need for an extension.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-4325
(202) 514-7965 (fax)

Attorneys for Defendant

February 27, 2004

/s/ Thomas O. Mason
THOMAS O. MASON
FRANCIS E. PURCELL, JR.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

February 27, 2004

I:\WMCDLIB\FPURCELL\1010617.01