ORIGINAL

# In the United States Court of Federal Claims

No. 02-98C

(Filed: March 5, 2004)

FILED
MAR - 5 2004
U.S. COURT OF FEDERAL CLAIMS

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 27, 2004, the parties filed a joint motion for extension of time to complete discovery. The motion is hereby **GRANTED**. Accordingly,

1. On or before May 3, 2004, factual and expert discovery shall be completed.

2. On or before May 17, 2004, the parties shall file a joint status report on how this case shall proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge