**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**PLAINTIFF'S MOTION ON BEHALF OF THE PARTIES FOR EXTENSION OF TIME**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this motion for enlargement of time with respect to the factual discovery deadline pursuant to Rule 6 of the Rules of the United States Court of Federal Claims. The parties respectfully request the Court to grant an enlargement of time of 63 days and extend the deadline for factual discovery from May 3, 2004 to June 28, 2004. This is the third request by either party to extend any discovery deadline. Counsel for Defendant the United States ("Defendant") has reviewed a draft of this motion and authorizes counsel to state that Defendant joins in this request.

As stated in Plaintiff's prior motions for extension of time, Plaintiff has sought to complete discovery through the review of relevant documents in Defendant's possession and the deposition of witnesses identified by Defendant. Defendant has been unable to coordinate production of documents requested by Plaintiff and has proposed dates to make such documents available for review after the current close of discovery. Counsel for Defendant has been absent

from the office for an extended period of time because of the illness of an immediate family member.

The parties have conferred and Defendant has agreed to make certain requested documents available either for inspection or copy. Plaintiff will shortly propose depositions of certain government employees and the parties expect to schedule these depositions shortly after the completion of review of Defendant's documents.

Counsel for Plaintiff and Defendant have conferred on this matter and are in agreement on the need for an extension.

Respectfully submitted,

**WILLIAMS MULLEN**

By: __/s/ Thomas O. Mason__________
Thomas O. Mason, Esq.
(Counsel of Record)
Francis E. Purcell, Jr., Esq.
(Of Counsel)
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Attorneys for Plaintiff Saul II Subsidiary Limited Partnership

Dated: April 30, 2004

1038258.02