# In the United States Court of Federal Claims

No. 02-98C

(Filed: May 3, 2004)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 30, 2004, plaintiff filed on behalf of the parties a third motion for extension of time to complete discovery. The motion is hereby **GRANTED**. Accordingly,

1. On or before June 28, 2004, factual and expert discovery shall be completed.

2. On or before July 12, 2004, the parties shall file a joint status report on how this case shall proceed, with a proposed schedule, if appropriate.

3. **No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge