**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**JOINT MOTION OF THE PARTIES FOR ENLARGEMENT OF TIME TO SUBMIT STATUS REPORT**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this joint motion on behalf of the parties for enlargement of time to submit a status report pursuant to the Court's May 3, 2004 order.

The parties have engaged in written discovery in this matter, and have taken the deposition of several fact witnesses. However, the parties need to complete two depositions because of the unavailability due to post-surgical recovery of one witness and scheduling availability of another witness. The parties believe that the completion of these depositions and any related discovery matters will better enable the parties to assess the merits of the claims based on all evidence gained through discovery and inform the court of the best means by which to resolve this matter.

Accordingly, the parties respectfully request the Court to grant an enlargement of time of 21 days and extend the deadline for submission of the joint status report from July 12, 2004 to

August 2, 2004. This is the first request for enlargement of time with respect to submission of the joint status report.

Counsel for Defendant the United States has reviewed this motion and joins in the substance of the request.

Respectfully submitted,

/s/ Thomas O. Mason

THOMAS O. MASON
FRANCIS E. PURCELL, JR.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

July 12, 2004

1059363v1