**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP, Plaintiff, | ) | |
| v. | ) | COFC No. 02-98 C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this status report on behalf of the parties pursuant to the Court's May 3, 2004 order. The parties have completed discovery in this matter, and are prepared to discuss the manner in which the case should proceed.

Plaintiff believes that it would be beneficial for the Court to conduct a post-discovery conference, pursuant to Appendix A § 11 of the Rules of the Court of Federal Claims. Such a conference would assist the parties in refining the factual and legal issues to be resolved by the court. A conference also would allow the parties to discuss with the Court the best means by which to resolve this matter.

Plaintiff currently is reviewing transcripts of depositions and documents disclosed by Defendant the United States ("Defendant") relating to leases of the property at issue in the case. Based on Plaintiff's assessment of the evidence, Plaintiff believes that although some issues in the case may be resolved through summary judgment, other issues may involve disputed facts

not amenable to resolution through summary judgment. Plaintiff will be prepared to discuss the appropriate manner of resolution of such issues at a hearing.

Counsel for Defendant has proposed the filing of dispositive motions on or before October 5, 2004.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
Francis E. Purcell, Jr. (of counsel)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

August 2, 2004

1065851v1