# In the United States Court of Federal Claims

No. 02-98C

(Filed: August 5, 2004)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference will be held in this case on Monday, August 16, 2004, at 10:00 a.m. (EDT), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge