IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP, Plaintiff, | ) | No. 02-98C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of John S. Groat as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street NW

Dated: August 16, 2004

/s/ John S Groat
John S. Groat
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-514-4325

CERTIFICATE OF SERVICE

`I hereby certify that onAugust 16, 2004, a copy of the foregoing Defendant's Answer and Counterclaim was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas O. Mason
James Phillips, Esq.
Francis E. Purcell, Jr. Esq.
8270 Greensboro Drive
Ste. 700
McLean, VA 22102

/s/John S. Groat