# In the United States Court of Federal Claims

No. 02-98C

(Filed: August 17, 2004)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 16, 2004, a status conference was held in this matter. Participating in the conference were Francis Purcell on behalf of plaintiff, and John Groat on behalf of defendant.

Based on discussions held at this conference, the court adopts the following schedule:

1. On or before October 29, 2004, defendant shall file its motion for summary judgment.

2. On or before December 10, 2004, plaintiff shall file its cross motion for summary judgment.

3. Further responses and replies shall be filed in accordance with the timing provisions of this court's rules.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge