**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**STATUS REPORT**

Plaintiff Saul II Subsidiary Limited Partnership, by and through undersigned counsel, submits this status report. The Court's Order dated August 17, 2004, established a briefing schedule for submission of motions for summary judgment by the parties. Pursuant to that schedule, Plaintiff was to submit its cross-motion for summary judgment by December 10, 2004. Counsel for Plaintiff and Defendant the United States have discussed the briefing schedule, and counsel for Defendant has indicated that he anticipates filing a revised briefing scheduling during the week of December 13, 2004.

Respectfully submitted,

**WILLIAMS MULLEN**

By: /s/ Thomas O. Mason
Thomas O. Mason, Esq.
(Counsel of Record)
Francis E. Purcell, Jr., Esq.
(Of Counsel)
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102

(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Attorneys for Plaintiff Saul II Subsidiary
Limited Partnership

Dated: December 10, 2004

1107809v1