# In the United States Court of Federal Claims

No. 02-98C

(Filed: February 8, 2005)

---

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Pursuant to the court's order of January 14, 2005, on February 1, 2005, the parties filed a joint status report proposing a trial date and a schedule for pretrial filings. Based upon the proposals submitted in that report, the court hereby adopts the following schedule:

1. On or before March 21, 2005, plaintiff shall file the following:

   (a) A Memorandum of Facts and Law, pursuant to Appendix A, ¶14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶16.

2. On or before April 18, 2005, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Facts and Law, pursuant to Appendix A, ¶14(b).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶16.

3. On May 9, 2005, a pre-trial conference will be held in this case, at 10:00 a.m. (EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

4. Trial in this case shall commence on May 23, 2005, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the first day of trial.

5. The parties are encouraged to continue to explore settlement of this matter.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge