IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | No. 02-98C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Dierberg as attorney of record for the United States. Mr. Dierberg will be replacing Mr. Groat as principal attorney for this case. Service of all papers by opposing parties should be addressed as follows:

MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street NW

Dated: February 22, 2005

/s/ Michael J. Dierberg

MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202-353-0536
fax: 202-307-0972