**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP, Plaintiff, v. THE UNITED STATES, Defendant. | ) | COFC No. 02-98 C (Judge Allegra) |

**PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE MEMORANDUM OF FACTS AND LAW, EXHIBIT LIST AND WITNESS LIST**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this motion for enlargement of time in which to file its memorandum of facts and law, exhibit list and witness list pursuant to the Court's scheduling order dated February 8, 2005. Plaintiff currently must file these documents by March 21, 2005. Plaintiff respectfully requests an enlargement of time, to and until April 4, 2005, in which to file these documents.

Plaintiff seeks this extension based on the change in counsel for Defendant the United States and current settlement discussions between the parties. Defendant's prior counsel, John Groat, has taken a leave of absence and withdrew from the case in mid-February. Prior to his departure, Mr. Groat and counsel for Plaintiff had engaged in settlement discussions. New counsel for Defendant entered an appearance in late February to replace Mr. Groat. Counsel for Plaintiff has discussed settlement of the case with Defendant's new counsel; however, due to his lack of familiarity with the facts of the case and the need to consult internally on settlement, counsel for Defendant requires additional time to respond to the proposed settlement offer.

Counsel for Plaintiff seeks this enlargement of time in part to contain the effort required to prepare for trial and the corresponding cost to the client. Counsel for Plaintiff believes that the possibility for settlement of all issues in the case is high. Counsel for Plaintiff further believes that the parties would benefit from discussions with the Court on possible methods to facilitate resolution.

Counsel for Plaintiff has discussed the requested enlargement of time with counsel for Defendant, who did not object to Plaintiff's request. This is the first request for enlargement of time regarding memorandum of facts and law, exhibit list and witness list.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

March 15, 2005

1134364v1