# In the United States Court of Federal Claims

No. 02-98C

(Filed: March 22, 2005)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 15, 2005, plaintiff filed a motion for extension of time to file its memorandum of facts and law, exhibit list, and witness list for the trial scheduled to begin on May 23, 2005. The motion is hereby **GRANTED**. Accordingly,

1. On or before April 4, 2005, plaintiff shall file its memorandum of facts and law, witness list, and exhibit list, in each case pursuant to the requirements of Appendix A.

2. On or before May 2, 2005, defendant shall file its memorandum of facts and law, witness list, and exhibit list, in each case pursuant to the requirements of Appendix A.

3. All other dates and deadlines established in the court's order of February 8, 2005, shall remain unchanged.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge