**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE MEMORANDUM OF FACTS AND LAW, EXHIBIT LIST AND WITNESS LIST**

Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this motion for enlargement of time in which to file its memorandum of facts and law, exhibit list and witness list pursuant to the Court's scheduling order dated February 8, 2005. Plaintiff currently must file these documents by April 4, 2005. Plaintiff respectfully requests an enlargement of time, to and until April 18, 2005, in which to file these documents.

Counsel for Plaintiff and Defendant the United States have engaged in discussions regarding settlement of the entire action, and the parties have narrowed the terms of settlement substantially. Plaintiff continues to believe that the parties will successfully resolve this matter through settlement. This extension of time is necessitated by the departure of Defendant's counsel for vacation for one week, until April 11, 2005, which has prevented the parties from reaching a final agreement on settlement terms. Counsel for Plaintiff shall provide an update on the status of settlement negotiations upon the return of counsel for Defendant.

Counsel for Plaintiff has attempted to contact Defendant's counsel regarding the requested enlargement of time, but has not received a response. This is the second request for enlargement of time regarding memorandum of facts and law, exhibit list and witness list.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

April 4, 2005

1139679v1