# In the United States Court of Federal Claims

No. 02-98C

(Filed: April 5, 2005)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 4, 2005, plaintiff filed a second motion for extension of time to file its memorandum of facts and law, exhibit list, and witness list for the trial scheduled to begin on May 23, 2005. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly, on or before April 13, 2005, plaintiff shall file its memorandum of facts and law, exhibit list, and witness list, in each case pursuant to the requirements of Appendix A. **No further enlargement of this deadline will be granted**. All other dates and deadlines established in the court's orders of February 8, 2005, and March 22, 2005, shall remain unchanged.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge