**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Court of Federal Claims Rule 16 and Appendix A § 14, Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this exhibit list. Plaintiff expects to offer Exhibit Nos. 1 through 27, and may offer Exhibit Nos. 28 through 33 if the need arises.

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Lease checklist (Bates Nos. CF00003-6) |
| 2 | Pre-award lease audit (CF 00036-57) |
| 3 | Lease No. GS-11B-20688 (CF 00069-156) |
| 4 | Memo entitled "601 Pennsylvania Ave Offer Analysis and Negotiation Strategy" (CF 00178-80) |
| 5 | Westminster Investing Corporation Best and Final Offer excerpts (CF 00181-89) |
| 6 | GSA Price Negotiation Memorandum for 601 Pennsylvania Avenue (CF 00191-97) |
| 7 | GSA Analysis of Initial Offers (CF 00273-77) |

| | |
|---|---|
| 8 | SFO No. 91-087 (CF 00454-70) |
| 9 | Letter dated August 30, 1991 from GSA to Westminster Investing Corporation re: Best and Final Offers (CF 00494) |
| 10 | SLA No. 16 (CF 00637-53) |
| 11 | SLA No. 14 (CF 00654-55) |
| 12 | Claim Letter for Lease No. GS-11B-20688 (CF 00696-705) |
| 13 | SLA No. 13 (CF 00736-37) |
| 14 | SLA No. 12 and supporting documents (CF 00747-53) |
| 15 | Real estate tax information for 601 Pennsylvania Avenue (CF 00755-78) |
| 16 | SLA No. 11 (CF 00780) |
| 17 | SLA No. 10 (CF 00788-89) |
| 18 | SLA No. 9 (CF 00856-58) |
| 19 | SLA No. 8 (CF 00860-62) |
| 20 | SLA No. 7 (CF 00884-88) |
| 21 | SLA No. 6 (CF 00890-94) |
| 22 | SLA No. 5 (CF 00896) |
| 23 | SLA No. 4 (CF 00898-903) |
| 24 | SLA No. 3 (CF 00905-09) |
| 25 | SLA No. 2 (CF 00911-13) |
| 26 | Lease No. GS-11B-70162 (GSA 00056-111) |
| 27 | Lease No. GS-11B-60012 (Saul 0001-104) |
| 28 | Letter dated Oct. 29, 1998 from Saul II to GSA re: operating cost escalations (Saul 0330) |
| 29 | Letter dated June 15, 1999 from GSA to Saul II re: withholding of rent (CF 00738) |
| 30 | SLA No. 26 to Lease No. GS-11B-70162 (GSA 00662-70) |

| | |
|---|---|
| 31 | SLA No. 23 to Lease No. GS-11B-70162 (GSA 00682-94) |
| 32 | SLA No. 22 to Lease No. GS-11B-70162 (GSA 00698-733) |
| 33 | SLA No. 16 to Lease No. GS-11B-70162 (GSA 00785-91) |

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

April 13, 2005

1142084v1