**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**PLAINTIFF'S WITNESS LIST**

Pursuant to Court of Federal Claims Rule 16 and Appendix A § 14, Plaintiff Saul II Subsidiary Limited Partnership ("Plaintiff"), by and through undersigned counsel, submits this witness list. Plaintiff anticipates that the following witnesses will be called in Plaintiff's case-in-chief:

1. Tricia Culpepper, B.F. Saul. Ms. Culpepper will address the performance of Lease No. GS-11B-20688. Plaintiff anticipates that Ms. Culpepper's direct testimony will last approximately 30 minutes.

2. Steve Corey, B.F. Saul. Mr. Corey will address the negotiation and performance of Lease No. GS-11B-20688. Plaintiff anticipates that Mr. Corey's direct testimony will last approximately 30 minutes.

3. Noreen Freeman, General Services Administration. Ms. Freeman will address the formation and administration of Lease No. GS-11B-20688. Plaintiff anticipates that Ms. Freeman's direct testimony will last approximately one hour.

4. Neal McKinney, General Services Administration. Mr. McKinney will address the analysis of real estate taxes under Lease No. GS-11B-20688 and the withholding of rent under SLA No. 12. Plaintiff anticipates that Mr. McKinney's direct testimony will last 30 minutes.

5. Santoni Graham, General Services Administration. Mr. Graham will address the negotiation of Lease No. GS-11B-20688. Plaintiff anticipates that Mr. Graham's direct testimony will last approximately 30 minutes.

Respectfully submitted,

/s/ Thomas O. Mason
Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244 (fax)

Attorneys for Plaintiff

April 13, 2005

1142277v1