IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | No. 02-98C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Motion For Enlargement Of Time

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a ten-day enlargement of time within which to file its memorandum of facts and law, witness list, and exhibit list. These filings are currently due May 2, 2005. The extension would bring the date for filing these documents to May 12, 2005. This is defendant's first request for an enlargement of time for this purpose. The undersigned counsel left a message with counsel for the plaintiff on Wednesday, April 27, but, as of the morning of April 29, opposing counsel has not yet responded to indicate whether plaintiff would be opposed to the requested enlargement.

The requested enlargement is necessary because the undersigned counsel recently learned that the Government does not possess, or at least cannot locate, at least 790 pages of documents in Saul II’s possession. Plaintiff identified some of

these documents, bates stamped “GSA ___” as potential exhibits. Pl. Ex. List., Ex. 30-33. The undersigned counsel, to whom this case was transferred in February, has never seen these documents. The undersigned counsel contacted opposing counsel on April 21st about making arrangements for viewing and copying these documents, however opposing counsel has not yet indicated whether or when the undersigned counsel will be able to view these documents.

Assuming the parties are able to make arrangements for the Government to view and copy pertinent documents in the next few days, an enlargement of ten days should provide sufficient time for the Government to complete its memorandum or facts and law, exhibit list, and witness list. Therefore, the Government respectfully requests a ten-day enlargement of time within which to file its memorandum of facts and law, exhibit list, and witness list, to and including May 12, 2005.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

May 2, 2005

Attorneys for Defendant