# In the United States Court of Federal Claims

No. 02-98C

(Filed: May 4, 2005)

_____

SAUL II SUBSIDIARY, L.P.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 4, 2005, the court held a telephonic status conference in this case. Participating for plaintiff were Thomas Mason and Chip Purcell; participating for defendant was Michael Dierberg. Following discussions conducted in that conference, and in reliance upon the parties' representations regarding the imminent settlement of this action, the court hereby **ORDERS** that the case be stayed until further notice of the court.

    **IT IS SO ORDERED.**

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge