# In the United States Court of Federal Claims

No. 02-98C

(Filed: June 7, 2005)

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 4, 2005, acting in reliance on the parties' representations regarding the imminent settlement of this action, the court ordered that this case be stayed until further notice.

A month has passed since that order and final resolution of this matter has not occurred. Accordingly, on or before June 17, 2005, the parties shall file a joint status report advising the court of the status of the resolution of this matter. Thereafter, the parties shall file additional reports every thirty days until final settlement has occurred.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge