**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAUL II SUBSIDIARY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | COFC No. 02-98 C<br>(Judge Allegra) |

**STATUS REPORT ON BEHALF OF THE PARTIES**

Plaintiff Saul II Subsidiary Limited Partnership, by and through undersigned counsel, submits this status report on behalf of the parties pursuant to the Court's June 7, 2005 Order. Plaintiff and Defendant the United States have reached agreement upon the terms of settlement of this matter, and have memorialized those terms in a written settlement agreement. The parties have drafted the settlement agreement to include a signature line for a representative of Plaintiff, and counsel for Plaintiff has provided the settlement agreement to Plaintiff for signature. Once counsel for Plaintiff receives the signed settlement agreement, counsel for Plaintiff will forward the settlement agreement to counsel for Defendant for signature and filing. The parties anticipate that the settlement agreement will be fully executed and filed with the Court within the next week.

Respectfully submitted,

**WILLIAMS MULLEN**

By: __/s/ Thomas O. Mason__________
Thomas O. Mason, Esq.
(Counsel of Record)
Francis E. Purcell, Jr., Esq.
(Of Counsel)
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Attorneys for Plaintiff Saul II Subsidiary
Limited Partnership

Dated: June 17, 2005

1161670v1