# In the United States Court of Federal Claims

No. 02-98C

(Filed: July 7, 2005)

_____

SAUL II SUBSIDIARY, L.P.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

      On June 27, 2005, the parties filed a stipulation for entry of judgment. The Clerk is directed to enter judgment in the amount of $64,000 plus CDA interest from January 4, 2001, with each party to bear its own costs, expenses, and attorney fees.

      **IT IS SO ORDERED.**

                                            s/Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge