# In the United States Court of Federal Claims

No. 02-98C

(Filed: July 7, 2005)

---

SAUL II SUBSIDIARY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 27, 2005, the parties filed a stipulation for entry of judgment. The Clerk is directed to enter judgment in the amount of $64,000 plus CDA interest from January 4, 2001, with each party to bear its own costs, expenses, and attorney fees.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge