# In the United States Court of Federal Claims

**No. 02-98 C**

**SAUL II SUBSIDIARY, L.P.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed June 27, 2005, and the court's Order of July 7, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $64,000.00, plus C.D.A. interest from January 4, 2001, with each party to bear its own costs, expenses, and attorney fees.

Brian Bishop
Clerk of Court

**July 8, 2005** By: s/Lisa L. DeFade
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.