United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

July 11, 2005

Thomas Owen Mason, Esq.
Williams, Mullen, et al.
8270 Greensboro Drive
Suite 700
McLean, VA 22102

In re: Saul II Subsidiary, L.P. v. United States, No. 02-98 C

Dear Mr. Mason:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 8, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Michael James Dierberg, Esq.
Department of Justice